THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD HODNETT, Appellant.*

(Argued April 22, 1895; decided May 3, 1895.)

APPEAL from order of the General Term of the Supreme Court in the fifth judicial department, made October 2, 1894, which affirmed an order of Special Term denying a motion by defendant to amend the judgment in this action so that the costs therein awarded to defendant should be a charge against the county of Allegany.

*W. E. Kisselburgh, Jr.,* for appellant.

*Charles H. Brown* for respondent.

Agree to affirm on opinion below.
All concur, except HAIGHT, J., not sitting.
Order affirmed.

---

In the Matter of the Application of FRANCES M. PEASLEE for Payment of Legacies Bequeathed to her under the Will of MARTHA K. PEASLEE, Deceased.†

(Argued April 22, 1895; decided May 3, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 16, 1894, which affirmed an order of the Surrogate's Court of the county of New York granting the petition herein.

*Robert Hunter McGrath, Jr.,* for appellants.

*C. N. Bovee, Jr.,* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

* Reported below, 81 Hun, 137.  † Reported below, 81 Hun, 597.